

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2019

No. 04-18-00415-CR

Gilberto **CARREON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR3963
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

This court previously granted appellant five extensions of time to file the appellate brief, denied two additional requests to extend that deadline, and ordered the appeal abated and the matter remanded to the trial court for an abandonment hearing pursuant to Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure.

The trial court held that hearing on March 21, 2019 and made written findings and conclusions, which were filed in this court on March 22, 2019. The trial court found appellant still desires to prosecute this appeal with his appointed counsel and neither appellant nor counsel has abandoned the appeal. The trial court also found appellant's counsel can complete the brief and file it in this court within two weeks. We adopt the findings and conclusions of the trial court.

We **ORDER** the abatement lifted and further **ORDER** appellant's counsel, Mr. Karl Anthony Basile, to file appellant's brief in this court **on or before April 9, 2019**. **If Mr. Karl Anthony Basile fails to file appellant's brief by the date ordered, we may order him to appear and show cause why he should not be held in civil or criminal contempt of this court or otherwise sanctioned.**

We **order** the clerk of this court to serve this order on counsel by first class United States mail and by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery. The clerk should also send the

order to counsel pursuant to usual methods of service. We further **order** the clerk of this court to serve this order on the trial court and counsel for the State.

_____
Beth Watkins, Justice


    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court